UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 05-325 |
| JOSEPH IMPASTATO | SECTION: "K"(2) |

**ORDER**

The Government has filed a Motion for Reconsideration (Rec.Doc.188), requesting that this Court revisit its prior scheduling order that set trial for April 14, 2008. The Court has reviewed the Government's motion and finds that it is without merit. The previous continuance was granted due to a serious medical condition suffered by the lead defense counsel that was diagnosed one week before trial. This condition and the surgery to correct it has rendered the lead counsel incapable of conducting the defense at trial for at least three to four months, and he likely will be of little other assistance to the defense for at least three to four weeks.

The Defendant's remaining counsel requested four months to prepare for trial. The Government objected to such a long continuance, and instead offered dates in March, arguing that the Defendant's remaining counsel could adequately prepare in three to four weeks. This Court granted a continuance closer to the Government's requested time frame, setting the trial for April 14, 2008. The Government cannot argue, as it has here, that it has inadequate resources to prepare for this trial where it sought to commence trial within one month of the Defendant losing his lead counsel. Moreover, even if two of the Government's attorneys will be

1

unavailable for trial, they are certainly not incapacitated to such a point that they will be of little to no assistance. Defendant's new lead counsel faces a far larger uphill climb to prepare for trial and will have to do so with limited assistance from the prior lead counsel. Accordingly,

**IT IS ORDERED** that the Government's Motion (Rec. Doc. 188) is **DENIED.**

New Orleans, Louisiana this \_\_\_\_20th\_\_\_ day of February, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**