UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 05-325 |
| JOSEPH IMPASTATO | SECTION: "K"(2) |

### ORDER

This Court held oral argument on March 5, 2008 regarding the Government's Motion to Quash Subpoenas Duces Tecum (Rec. Doc. 183). Having reviewed the relevant law and briefs from the parties, the Court determined that *in camera* review of the subpoenas duces tecum issued by the Defendant would be appropriate to determine whether they complied with the strictures of Federal Rule of Criminal Procedure 17(c), and *United States v. Nixon*, 418 U.S. 683, 700, 94 S.Ct. 3090, 3103, 41 L.Ed.2d 1039 (1974). The Court has reviewed the subpoenas in chambers and determined that some require quashing, while some are acceptable under the aforementioned guidelines. Accordingly,

**IT IS ORDERED** that the Government's Motion to Quash is **GRANTED IN PART AND DENIED IN PART.** The Court will issue a sealed order to the Defendant regarding specific issues regarding the subpoenas. This order will be unsealed when the subpoenas are returned by the witnesses.

**IT IS FURTHER ORDERED** that revised subpoenas duces tecum shall be submitted to the Court for *in camera* review no later than March 12, 2008. The Court will review the subpoenas for compliance and submit them to the Defendant to issue within two days. Earlier submission to the Court by the Defense will result in earlier review by the Court. The subpoenas shall be made returnable to the Clerk's Office no later than March 31, 2008. The Clerk's Office

will make the documents available for review and copying by the parties. Both parties may then make any motions regarding specific documents that they find necessary.

New Orleans, Louisiana this __5th__ day of March, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE