UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 05-325 |
| JOSEPH IMPASTATO | SECTION: "K"(2) |

## ORDER

Considering that the Court's minute entry of March 17, 2008 satisfied the Defendant's Motion to Establish a Waiver of the Attorney-Client Privilege (Rec. Doc. 193), thus rendering a hearing unnecessary, accordingly,

**IT IS ORDERED** that the pretrial hearing subpoenas to attorney James Blazek and Lee and Diane Mauberret be **WITHDRAWN** by the defense; and

**IT IS ORDERED** that the Government's Motion to Quash (Rec. Doc. 200) is **DENIED AS MOOT**; and

**IT IS ORDERED** that the Government's Motion for Leave to File a Response (Rec. Doc. 204) is **DENIED AS MOOT**.

New Orleans, Louisiana this ____17th____ day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE